Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:     smaizel@pszjlaw.com
            smcfarland@pszjlaw.com
            mlane@pszjlaw.com

Attorneys for Victor Valley Community Hospital, Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE VALLEY DIVISION

In re:

VICTOR VALLEY COMMUNITY HOSPITAL,

Debtor.

Case No. 6:10-39537 CB

Chapter 11

**ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC'S FIRST MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011 – JANUARY 31, 2011**

[Relates to Docket No. 397 ]

[No hearing required pursuant to L.B.R. 9013-1]

Alvarez & Marsal Healthcare Industry Group, LLC (the "Firm") submits its First Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period January 1, 2011 - January 31, 2011 (the "Application Period") for work performed for Victor Valley Community Hospital, the Chapter 11 debtor and debtor in possession. In support of the Application, the Firm respectfully represents as follows:

90231-002\DOCS_LA:229895.1

1. The Firm is financial advisor to Victory Valley Community Hospital (the "Debtor"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of $31,088.75 in fees and expenses during the Application Period. The total fees represent 73.5 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 1-1-11 – 1-31-11 | $31,088.75 | $0 | $31,088.75 |

3. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total $24,871.00 (80% of the fees for services rendered) at this time. The Firm did not incur any expenses during the Application Period.

4. Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional. Attached hereto as **Exhibit B** are the detailed time and expense statements for the Application Period.

5. The Firm has served a copy of this Application on the Office of the United States Trustee, Victor Valley Community Hospital, counsel to the above-captioned debtor and counsel to any official committee. The Application was mailed by first class mail, postage prepaid, on or about March 3, 2011. Notice of the filing of this Application was served on the foregoing parties as well as any secured lender and any party who has requested special notice in these chapter 11 cases as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on or about March 3, 2011.

6. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* which was entered on or about December 9, 2010 [Docket No. 379], the above-captioned debtor is authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within ten (10) calendar days after the

date of mailing of the Notice of this Application. If such an objection is filed, the debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses.

7. The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the above-captioned debtor pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures*.

Dated: March 3, 2011

ALVAREZ & MARSAL HEALTHCARE
INDUSTRY GROUP LLC

By: George Pillari, Managing Director
Financial Advisor to Victor Valley Community
Hospital, the Debtor and Debtor in Possession

# EXHIBIT A

| Name and Title of Professional | Hourly Rate |
|---|---|
| George Pillari, Managing Director | $675.00 |
| Milen Hayriyan, Senior Associate | $425.00 |
| Joshua Zazulia, Associate | $375.00 |

# EXHIBIT B

| DATE | PERSON | TASK | DESCRIPTION | HOURS | RATE/HR | FEES |
|---|---|---|---|---|---|---|
| 1/3/2011 | George Pillari | Cash & Liquidity | Reviewed cash flow model and liquidation analysis | 0.50 | $ 675.00 | $ 337.50 |
| 1/4/2011 | Joshua Zazulia | Cure Payments | Emails with Debtor's counsel, Purchasers Counsel re: executory contracts | 0.50 | $ 375.00 | $ 187.50 |
| 1/4/2011 | Joshua Zazulia | Cure Payments | Review of executory contracts list | 0.25 | $ 375.00 | $ 93.75 |
| 1/5/2011 | Joshua Zazulia | Cure Payments | Emails/Discussion with Debtor's counsel, Purchasers Counsel re: executory contracts | 0.75 | $ 375.00 | $ 281.25 |
| 1/5/2011 | Joshua Zazulia | Cure Payments | Review/updates of executory contracts list | 1.10 | $ 375.00 | $ 412.50 |
| 1/5/2011 | Joshua Zazulia | Cure Payments | Finalize executory/cure payment list, format for presentation | 1.40 | $ 375.00 | $ 525.00 |
| 1/5/2011 | George Pillari | Management | Review executory/cure payment list and other documents | 0.75 | $ 675.00 | $ 506.25 |
| 1/5/2011 | Milen Hayriyan | Cure Payments | Review of executory contracts list | 1.40 | $ 425.00 | $ 595.00 |
| 1/5/2011 | Milen Hayriyan | Cure Payments | Review/updates of executory contracts list | 0.90 | $ 425.00 | $ 382.50 |
| 1/5/2011 | Milen Hayriyan | Cure Payments | Review and finalize executory/cure payment list, including presentation formatting | 1.90 | $ 425.00 | $ 807.50 |
| 1/6/2011 | Joshua Zazulia | Fee App | Review interim fee application narrative | 0.10 | $ 375.00 | $ 37.50 |
| 1/6/2011 | Joshua Zazulia | Cash & Liquidity | Review IEHP payment letter | 0.15 | $ 375.00 | $ 56.25 |
| 1/6/2011 | George Pillari | Cash & Liquidity | Review IEHP payment letter and other documents | 0.75 | $ 675.00 | $ 506.25 |
| 1/6/2011 | Milen Hayriyan | Cash & Liquidity | Review IEHP payment letter, internal discussion | 0.80 | $ 425.00 | $ 340.00 |
| 1/6/2011 | Milen Hayriyan | Cure Payments | Review and reconciliation of various versions of executory contracts lists | 1.50 | $ 425.00 | $ 637.50 |
| 1/6/2011 | Milen Hayriyan | Cure Payments | Review/updates of executory contracts list | 1.80 | $ 425.00 | $ 765.00 |
| 1/6/2011 | Milen Hayriyan | Cash & Liquidity | Review and analysis of pro fees in cash flow model | 1.20 | $ 425.00 | $ 510.00 |
| 1/6/2011 | Milen Hayriyan | Cure Payments | Reconciliation various version executory contracts lists | 1.90 | $ 425.00 | $ 807.50 |
| 1/7/2011 | Joshua Zazulia | Cure Payments | Update and reconciliation various version executory contracts lists | 1.50 | $ 375.00 | $ 562.50 |
| 1/7/2011 | Joshua Zazulia | Cure Payments | Email with Debtor's counsel re: reconciliation | 0.20 | $ 375.00 | $ 75.00 |
| 1/7/2011 | Joshua Zazulia | Cash & Liquidity | Emails with Debtor re: up to date cash balance | 0.80 | $ 375.00 | $ 300.00 |
| 1/7/2011 | George Pillari | Cash & Liquidity | Reviews and internal discussions related to cash flows and latest cash balances | 1.50 | $ 675.00 | $ 1,012.50 |
| 1/7/2011 | Milen Hayriyan | Cash & Liquidity | Review up to date cash balances for recent weeks | 1.40 | $ 425.00 | $ 595.00 |
| 1/7/2011 | Milen Hayriyan | Cash & Liquidity | Review and update cash flow analysis with up to date cash balances | 1.90 | $ 425.00 | $ 807.50 |
| 1/7/2011 | Milen Hayriyan | Fee App | Worked on October through December team expenses and reconciliation for interim | 0.40 | $ 425.00 | $ 170.00 |
| 1/7/2011 | Milen Hayriyan | Cash & Liquidity | Review and update cash flow analysis with up to date cash balances | 0.90 | $ 425.00 | $ 382.50 |
| 1/7/2011 | Milen Hayriyan | Cash & Liquidity | Update liquidation analysis based on changes to corresponding CF | 2.00 | $ 425.00 | $ 850.00 |
| 1/7/2011 | Milen Hayriyan | Cash & Liquidity | Additional update and review of liquidation analysis based on changes to CF | 1.80 | $ 425.00 | $ 765.00 |
| 1/10/2011 | Joshua Zazulia | Cure Payments | Emails with Purchaser/Debtors counsel related to specific contracts/cure payments | 0.50 | $ 375.00 | $ 187.50 |
| 1/11/2011 | Joshua Zazulia | Cure Payments | Emails with Purchaser/Debtors counsel related to specific contracts/cure payments | 0.35 | $ 375.00 | $ 131.25 |
| 1/11/2011 | Joshua Zazulia | Cure Payments | Continue reconciliation between various versions of executory contracts | 1.45 | $ 375.00 | $ 543.75 |
| 1/11/2011 | Joshua Zazulia | Cure Payments | Finalize executory contract list reconciliation/review | 0.80 | $ 375.00 | $ 300.00 |
| 1/11/2011 | Joshua Zazulia | Cash & Liquidity | Emails with debtor re: to updated cash figure | 0.25 | $ 375.00 | $ 93.75 |
| 1/11/2011 | Joshua Zazulia | Cash & Liquidity | Update CF with recent cash/last DIP reports | 1.65 | $ 375.00 | $ 618.75 |
| 1/12/2011 | Milen Hayriyan | Cure Payments | Review finalized executory contract list reconciliation and update | 1.90 | $ 425.00 | $ 807.50 |
| 1/12/2011 | Milen Hayriyan | Cash & Liquidity | Analysis and review of updated cash flow analysis for recent cash and DIP financing changes | 1.80 | $ 425.00 | $ 765.00 |
| 1/12/2011 | Milen Hayriyan | Cash & Liquidity | Review additional need for DIP financing and updated CF scenarios | 1.60 | $ 425.00 | $ 680.00 |
| 1/13/2011 | Milen Hayriyan | Admin | Invoiced and finalized bills, reconciled to fee app, internal expenses | 1.50 | $ 425.00 | $ 637.50 |
| 1/13/2011 | Milen Hayriyan | Fee App | Corresponded with debtor's legal counsel regarding fee app filing and finalizing | 0.30 | $ 425.00 | $ 127.50 |
| 1/13/2011 | Milen Hayriyan | Cash & Liquidity | Review updated CF scenarios | 1.40 | $ 425.00 | $ 595.00 |
| 1/16/2011 | Joshua Zazulia | Cash & Liquidity | Email with Debtor re: to use of good faith deposit (GFD) | 0.15 | $ 375.00 | $ 56.25 |
| 1/16/2011 | Joshua Zazulia | Cash & Liquidity | Update CF accordingly related to use of GFD | 0.60 | $ 375.00 | $ 225.00 |
| 1/17/2011 | Joshua Zazulia | Cash & Liquidity | Review expenses over 16 week DIP reporting | 0.80 | $ 375.00 | $ 300.00 |
| 1/17/2011 | Joshua Zazulia | Cash & Liquidity | Review top side revenue of 16 week DIP reporting | 0.60 | $ 375.00 | $ 225.00 |
| 1/17/2011 | Joshua Zazulia | Cash & Liquidity | Update assumptions based on review of actuals | 1.75 | $ 375.00 | $ 656.25 |
| 1/17/2011 | Joshua Zazulia | Cash & Liquidity | Update LA with updated version of CF | 0.95 | $ 375.00 | $ 356.25 |
| 1/17/2011 | Joshua Zazulia | Cash & Liquidity | Email internally related to updated CF/LA | 0.40 | $ 375.00 | $ 150.00 |
| 1/17/2011 | Milen Hayriyan | Admin | Breakout of specific time and expense detail per debtor's CFO request | 0.20 | $ 425.00 | $ 85.00 |
| 1/18/2011 | George Pillari | Cash & Liquidity | Review cash flow and liquidation analyses for recent changes related to DIP reporting and assumptions | 0.50 | $ 675.00 | $ 337.50 |
| 1/19/2011 | Milen Hayriyan | Admin | Prepare retainer bill and check for correct filing of interim fee application | 0.80 | $ 425.00 | $ 340.00 |
| 1/25/2011 | Joshua Zazulia | Fee App | Review of fee app objection by US Trustee | 0.60 | $ 375.00 | $ 225.00 |
| 1/25/2011 | Joshua Zazulia | Fee App | Internal emails related to fee app rejection | 0.30 | $ 375.00 | $ 112.50 |
| 1/25/2011 | Joshua Zazulia | Cash & Liquidity | Obtained updated cash figures for update to CF analysis | 1.10 | $ 375.00 | $ 412.50 |
| 1/27/2011 | Joshua Zazulia | Fee App | Emails/Discussion with Debtor's BK counsel regarding fee app rejection | 0.25 | $ 375.00 | $ 93.75 |
| 1/28/2011 | Joshua Zazulia | Cash & Liquidity | Updated CF analysis to include new cash figures and other revisions | 1.25 | $ 375.00 | $ 468.75 |
| 1/28/2011 | Milen Hayriyan | Cash & Liquidity | Review and update CF analysis | 1.50 | $ 425.00 | $ 637.50 |
| 1/28/2011 | Milen Hayriyan | Cash & Liquidity | Review updated CF analysis internally | 1.90 | $ 425.00 | $ 807.50 |
| 1/28/2011 | Milen Hayriyan | Cash & Liquidity | Extend CF analysis through March and April/update LA with CF extension | 2.00 | $ 425.00 | $ 850.00 |
| 1/28/2011 | Milen Hayriyan | Cash & Liquidity | Review actuals from Debtor to update burn rate | 0.90 | $ 425.00 | $ 382.50 |
| 1/29/2011 | Joshua Zazulia | Fee App | Call with Debtor's counsel on fee app rejection | 0.50 | $ 375.00 | $ 187.50 |
| 1/29/2011 | Joshua Zazulia | Cash & Liquidity | Updated with total opex and burn rate assumptions | 1.35 | $ 375.00 | $ 506.25 |
| 1/29/2011 | Milen Hayriyan | Fee App | Calls with Debtor's counsel regarding fee app objections | 0.80 | $ 425.00 | $ 340.00 |
| 1/29/2011 | Milen Hayriyan | Cash & Liquidity | Update CF / LA analyses | 1.90 | $ 425.00 | $ 807.50 |
| 1/29/2011 | Milen Hayriyan | Cash & Liquidity | Analysis of scenarios related to need for additional DIP financing | 1.90 | $ 425.00 | $ 807.50 |
| 1/29/2011 | Milen Hayriyan | Cash & Liquidity | Update CF/LA, format for disbursement to UCC, Debtor, Debtor's counsel, update pro fee analysis | 1.80 | $ 425.00 | $ 765.00 |
| 1/31/2011 | Joshua Zazulia | Fee App | Emails internal/Debtor's BK counsel related to Pillari declaration | 0.20 | $ 375.00 | $ 75.00 |
| 1/31/2011 | Milen Hayriyan | Cash & Liquidity | Analysis of projected federal/state funds and any other cash inflows | 1.40 | $ 425.00 | $ 595.00 |
| 1/31/2011 | Milen Hayriyan | Cash & Liquidity | Updates to liquidation analyses based on inflow and estimated burn analyses | 1.90 | $ 425.00 | $ 807.50 |
| 1/31/2011 | Milen Hayriyan | Cash & Liquidity | Update and review liquidation analyses with different case closing dates | 1.60 | $ 425.00 | $ 680.00 |
| | | | | 73.45 | | $ 31,088.75 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP LLC'S FIRST MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2011-JANUARY 31, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 3, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 3, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Overnight Mail*
Honorable Catherine Bauer
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 369
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 3, 2011 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

90231-002\DOCS_LA:234000.1

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

*Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC*
*allison@claimsrecoveryllc.com*

*Martin R Barash on behalf of Interested Party The Senior Associates Group, Inc.*
*mbarash@ktbslaw.com*

*Kirk A Barber on behalf of Creditor Professional Hospital Supply, Inc.*
*barberlawgroup@yahoo.com*

*Manuel A Boigues on behalf of Creditor SEIU United Healthcare Workers - West*
*bankruptcycourtnotices@unioncounsel.net*

*Mark Bradshaw on behalf of Creditor Prime Healthcare Services Foundation, Inc.*
*mbradshaw@shbllp.com*

*Jeff Cohen on behalf of Interested Party Southpaw Asset Management LP*
*JC@SouthpawAsset.com*

*Sanaea Daruwalla on behalf of Attorney Burke, Williams, & Sorensen, LLP*
*sdaruwalla@bwslaw.com*

*Richard K Diamond (TR) on behalf of Interested Party Courtesy NEF*
*jlv@dgdk.com, rdiamond@ecf.epiqsystems.com*

*Abram Feuerstein on behalf of U.S. Trustee United States Trustee (RS)*
*abram.s.feuerstein@usdoj.gov*

*H Alexander Fisch on behalf of Interested Party Victor Valley Acquisition, Inc.*
*afisch@stutman.com*

*Fredric Glass on behalf of Creditor Fair Harbor Capital, LLC*
*fglass@fairharborcapital.com*

*Matthew A Gold on behalf of Creditor Argo Partners*
*courts@argopartners.net*

*Everett L Green on behalf of U.S. Trustee United States Trustee (RS)*
*everett.l.green@usdoj.gov*

*Robert A Hessling on behalf of Interested Party Courtesy NEF*
*rhessling@dgdk.com*

*Lawrence J Hilton on behalf of Creditor Cerner Corporation*
*lhilton@oneil-llp.com, ssimmons@oneil-llp.com*

*Mark D Houle on behalf of Creditor Health Net of California, Inc.*
*mark.houle@pillsburylaw.com*

*Raffi Khatchadourian on behalf of Creditor Sysco Food Services of Los Angeles, Inc.*
*raffi@hemar-rousso.com*

*Maya Krish on behalf of Creditor Fair Liquidity Partners, LLC*
*mkrish@cactuscollect.com*

*Mary D Lane on behalf of Debtor Victor Valley Community Hospital*
*mlane@pszjlaw.com*

*Ganna Liberchuk on behalf of Creditor Hain Capital Group, LLC*
*gliberchuk@haincapital.com*

*Michael B Lubic on behalf of Interested Party LabWest, Inc.*
*michael.lubic@klgates.com*

*Samuel R Maizel on behalf of Attorney Pachulski Stang Ziehl & Jones LLP*
*smaizel@pszjlaw.com, smaizel@pszjlaw.com*

*Elmer D Martin on behalf of Interested Party Courtesy NEF*
*elmermartin@gmail.com*

*Scotta E McFarland on behalf of Debtor Victor Valley Community Hospital*
*smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*

*Robert K Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC*
*rminkoff@jefferies.com*

*Jane Odonnell on behalf of Creditor California Health Facilities Financing Authority*
*jane.odonnell@doj.ca.gov*

*Courtney E Pozmantier on behalf of Interested Party The Senior Associates Group, Inc.*
*cpozmantier@ktbslaw.com*

*Martha E Romero on behalf of Creditor San Bernardino County Tax Collector*
*Romero@mromerolawfirm.com*

*Steven J Schwartz on behalf of Creditor Committee Committee Of Creditors, Unsecured Claims*
*sschwartz@dgdk.com*

*David Scott on behalf of Creditor Centillion Investments LLC*
*centillion@centillioninvest.com*

*Seth B Shapiro on behalf of Interested Party Centers for Medicare and Medicaid Services*
*seth.shapiro@usdoj.gov*

*David P Tonner on behalf of Creditor Archon Bay Capital, LLC*
*operations@blueheroncapital.com*

*United States Trustee (RS)*
*ustpregion16.rs.ecf@usdoj.gov*

*Michael H Weiss on behalf of Interested Party Choice Medical Group*
*mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com*

*Andrew F Whatnall on behalf of Creditor DACA 2010L, LP*
*awhatnall@daca4.com*

**II.    SERVED BY U.S. MAIL:**

See attached list.

**Debtor**
Victor Valley Community Hospital
Catherine M. Pelley
Chief Executive Officer
15248 Eleventh Street
Victorville, CA 92395

**Attorneys for Creditors' Committee**
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

**Committee Member**
PHS Professional Hospital Supply
42500 Winchester Road
Temecula, CA 92590
Representative: Kirk Barber

**Attorneys for Creditors' Committee**
Richard K. Diamond
Steven Schwartz
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

**United States Trustee**
Everett Green
Office of the United States Trustee
3685 Main St., Ste. 300
Riverside, CA 92501

**Committee Member**
Medtronic USA, Inc.
MS V215
3850 Victoria Street North
Shoreview, MN 55126-2978
Representative: Steve Carlson

**Committee Member**
Rodney W. Brown, J.D.
LabWest, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705

### Secured Creditors

Gregg Buxton, Vice President
Desert Community Bank
a Division of East West Bank
14800 La Paz Drive
Victorville, CA 92395

Manmohan Nayyar, MD
Physicians Hospital Management, LLC
18523 Corwin Rd., Suite H
Apple Valley, CA 92307

2701 Commonwealth Land Title Company
888 West Sixth Street, 4th Floor
Los Angeles, CA 90017

Corwin Medical Group
Manmohan Nayyar, MD
Raman Poola, MD
Anna Sugi
18564 Hwy 18, Suite 110
Apple Valley, CA 92307

Attorneys for PHM
Michael S. Weiss, Esq.
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, CA 90067

BNY Mellon Trust Company NA
700 South Flower Street, Suite 500
Los Angeles, CA 90017